# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UPWARD TREND, LLC, <br> Plaintiff, <br> vs. <br> TIMOTHY WILLIAM HUGHES, et al., <br> Defendants. | CASE NO. 17cv1334-LAB (JLB) <br><br> **ORDER OF REMAND** |

When a defendant removes a case from state court, and "it appears that the district court lacks subject matter jurisdiction, the case shall be remanded." 28 U.S.C. § 1447. Upward Trend filed an action in California state court against the Hughes for a single state law claim—unlawful detainer. The Hughes removed on the basis of federal question and diversity jurisdiction. But neither applies because there's no federal claim on the face of Upward Trend's well-pleaded complaint and both parties are California citizens fighting over less than $75,000. *Caterpillar, Inc. v. Williams*, 482 U.S. 386, 392 (1987); 28 U.S.C. 1331–32. Since the Court lacks jurisdiction, the action is remanded to the Superior Court of California, County of San Diego, Central Division. The Clerk shall close the case.[1]

**IT IS SO ORDERED**.

Dated: July 7, 2017

*Larry A. Burns*
**HONORABLE LARRY ALAN BURNS**
United States District Judge

---

[1] The pending motions are dismissed as moot. *See* Dkt. 2, 3, 5.

- 1 -